UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ROBERT NEUMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:09CV1027 CDP |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Robert Neuman moves for an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, seeking fees in the amount of $363.64. Defendant has not objected.

On October 2, 2009, I remanded this case to defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A claimant seeking judicial review of a final decision denying Social Security benefits may recover attorney's fees if he receives a sentence four remand. *See Shalala v. Schaefer*, 509 U.S. 292, 295-96 (1993). Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find he is entitled to an award in the amount requested of $363.64.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#15] is granted.

**IT IS FURTHER ORDERED** that defendant pay plaintiff attorney's fees and costs in the amount of $363.64.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2009.